DERICK E. KONZ, S.B. #286902
Email: dkonz@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone: (916) 564-6100
Telecopier: (916) 564-6263

Attorneys for Defendants COUNTY OF TEHAMA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS OMAR SANCHEZ FLORES,<br><br>                     Plaintiff,<br><br>vs.<br><br>COUNTY OF TEHAMA, et al.<br><br>                     Defendant. | Case No.: 2:22-cv-01798-MCE-KJN<br><br>**STIPULATION AND ORDER FOR SETTLEMENT CONFERENCE REFERRAL** |

Pursuant to E.D. Cal. L.R. 270, the parties stipulate to and request referral to Honorable Magistrate Judge Kendall J. Newman for a settlement conference. The parties agree that a settlement conference shall be set on **April 26, 2023 at 9:00 a.m.**, before the Honorable Magistrate Judge Kendall J. Newman. The parties have reserved the agreed-upon date with Magistrate Judge Newman's Courtroom Deputy.

IT IS SO STIPULATED.

Dated: January 12, 2023                                     **ANGELO, KILDAY & KILDUFF, LLP**

                                                                              */s/ Derick E. Konz*
                                                                   By _____
                                                                        Derick E. Konz
                                                                        Attorneys for Defendants COUNTY OF TEHAMA, STEPHEN HOAG, and SCOTT KELLY

-1-
STIPULATION AND ORDER FOR SETTLEMENT CONFERENCE REFERRAL

1  Dated: January 12, 2023

2
3                                                                  */s/ Winifred Botha*
                                                                      (authorized on 1/12/23)
4                                                            By _____
                                                                 Winifred Botha
5                                                                Deputy County Counsel
                                                                 Attorneys for Defendant COUNTY OF
6                                                                SANTA CLARA

7

8  Dated: January 12, 2023

9                                                                  */s/ Dennis R. Ingols*
                                                                      (authorized on 1/12/23)
10                                                           By _____
                                                                 Dennis R. Ingols
11                                                               Attorneys Plaintiff

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

The parties' stipulation is GRANTED.

A settlement conference shall be set on April 26, 2023, at 9:00 a.m., before the Honorable Magistrate Judge Kendall J. Newman.

The Motion to Dismiss filed at ECF No. 6 is DENIED without prejudice to renewal if the settlement conference is unsuccessful.

IT IS SO ORDERED.

DATED: January 17, 2023

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE