UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS OMAR SANCHEZ FLORES,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF TEHAMA, et al.,<br><br>Defendants. | No. 2:22-cv-01798-MCE-KJN<br><br><br><br>**ORDER** |

By way of this action, Plaintiff Carlos Omar Sanchez Flores ("Plaintiff") seeks to recover from multiple Defendants for injuries sustained when Plaintiff was erroneously arrested pursuant to a warrant issued for another person with a similar name.  The Court previously granted a Motion to Dismiss Plaintiff's Monell claims filed by Defendant County of Tehama ("Tehama"), ECF No. 21, and a Motion to Withdraw filed by Plaintiff's counsel, Dennis R. Ingols ("Counsel"), ECF No. 24.  ECF No. 29.  The Court directed Counsel to file a proof of service of that order on Plaintiff, after which Plaintiff was given thirty (30) days to file an amended complaint.  Id. at 4.  Plaintiff was further advised that "If no amended complaint [was] timely filed, the causes of action dismissed by virtue of this Order [would] be deemed dismissed with prejudice upon no further notice to the parties."  Id.

///

No amended complaint has been filed.  Accordingly, the <u>Monell</u> claims against Tehama are hereby DISMISSED with prejudice.  This case shall proceed on Plaintiff's remaining claims.

IT IS SO ORDERED.

Dated:  January 4, 2024

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE