1
2
3
4
5
6
7
8                   UNITED STATES DISTRICT COURT
9                   EASTERN DISTRICT OF CALIFORNIA
10

11   CARLOS OMAR SANCHEZ FLORES,          No.  2:22-cv-01798-MCE-KJN
12              Plaintiff,
13       v.                               **ORDER**
14   COUNTY OF TEHAMA, et al.,
15              Defendants.
16

17       On April 3, 2024, the Court issued an Order to Show Cause ("OSC") as to why

18   this case should not be dismissed for failure to prosecute or to comply with the

19   applicable rules.  ECF No. 35.  Plaintiff was specifically advised that "[f]ailure to file a

20   timely response [would] result in dismissal of this action with prejudice upon no further

21   notice to the parties."  Id.  No response has been filed.  Accordingly, this action is

22   DISMISSED with prejudice, and the Clerk of the Court is directed to close this case.

23       IT IS SO ORDERED.

24   Dated:  May 29, 2024
25
26                                         _____
                                           MORRISON C. ENGLAND, JR.
                                           SENIOR UNITED STATES DISTRICT JUDGE
27
28

                                           1